JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.M.E., a minor, by and through her Guardian ad Litem, Yvonne Flores,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNADINO, by and through THE SAN BERNADINO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; MELISSA ERB, an individual; ANA FIGUEROA, an individual; NEW BEGINNING FFA, a business entity form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00520-JWH-KK<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendants' Motion for Summary Judgment [ECF No. 59]" filed substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1441.

2. The operative pleading is the complaint (the "Complaint") [ECF No. 1] of Plaintiff M.M.E.

3. Defendants Does 1 through 50 are **DISMISSED**.

4. Defendant New Beginning FFA was previously **DISMISSED** from this case.

5. Defendants County of San Bernardino, Melissa Erb, and Ana Figueroa shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiff M.M.E. Plaintiff M.M.E. shall take nothing by way of her Complaint. This action is **DISMISSED**.

6. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 28, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE